# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

Robert P. Young, Jr.,
Chief Justice

145057

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JACQUELINE D. ARCHIE,
        Plaintiff-Appellant,

v

CITIMORTGAGE and FEDERAL HOME
LOAN MORTGAGE CORPORATION,
        Defendants-Appellees.

SC: 145057
COA: 305596
Wayne CC: 10-006029-CH

_____/

      On order of the Court, the application for leave to appeal the March 23, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

Clerk

p0917